**John E. SHOFFNER, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 03–7064.

United States Court of Appeals, Federal Circuit.

Dec. 9, 2003.

Before NEWMAN, MICHEL, and RADER, Circuit Judges.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AFFIRMED. See* Fed. Cir. R. 36